51,569-13,14,15,16

Clerk of the Court
Court of Criminal Appeals
P.O.Box 12308
Austin , TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

September 4,2015

RE:   Motion filing.

Dear Clerk

    Please find enclose a Motion to Rebuttal, Finding and Conclusion. October, 21st

2011.   Judge David Cleveland. Had said he was sending this to the Court of Criminal

Appeals back then I didn't know this tell just a few days ago. Please file with the

Court for record of it.                            Thank You & GOD BLESS
Sincerely

Philip Young #1077687

MOTION DISMISSED
DATE: 10-22-15
BY:

| | | |
|---|---|---|
| PHILIP FRANKLIN YOUNG III<br>  Applicant | § | COURT OF CRIMINAL |
| | § | |
| | § | |
| Vs | § | APPEALS OF TEXAS |
| | § | |
| | § | |
| STATE OF TEXAS<br>And<br>Judge David Cleveland,<br>Retried Judge 29th Judicial District | §<br><br>§ | AUSTIN, TEXAS |

## MOTION TO REBUTTAL
## FINDINGS AND CONCLUSIONS
## OF OCTOBER 21st, 2011

**TO THE HONORABLE JUDGE(S) OF SAID COURT:**

Comes, Now, PHILIP FRANKLIN YOUNG III, Here in after, Appellant in the above Motion and request that this Honorable Court be put on Notice of a great error by the 29th Judicial District Court of Palo Pinto, Texas. Appellant will show the following on going reasons why and the Rulings of Judge Cleveland was in error.

### I.

To start with Judge David Cleveland, should of been disqualified as Judge over the Appellant's Mr. Young's H.C. 11.07 back in 2011. Due to he would only be prejudice in the sbject matter. And be very bias due to past subjects of dealing with Mr. Young.

And after each time in Court when Judge CLEVELAND was sit on the Bench he would be making disparaging comments about Mr. Young after court session's. Mr. Young contends that the comments indicate prejudice on the Judge's part and will prevent his getting a fair ruling on the H.C. 11.07. Thus as it seem's the Judge did just what the above state's.

But first, Appellant's reason's for this now is he was unable to under stand what happen due to he is Mentally un-able to do things for his self due to on going (PTSD), which he is a Disable Vietnam Veteran and suffer's many things such as depression, and Panic Attacks, Anxiety Attacks, flashback's, Bad Dreams, Hallucinations, delusions... episodes that make him un-able to under stand things.

1.

## II.

**Back** some years ago Judge Cleveland was the sitting Judge of the 29th Judicial District Court of Palo Pinto, texas. He was hearing a case of Child Protective Service. Because, Appellant's Mr. Young's X-wife Tina Marie Ulbrich and her husband Todd Ulbrich had the Children taken out of her and his home due to Apellant Mr. Young little daughter had made a our cry about Todd Ulbrich being naked an masturbating off in front of her. When she made the out cry she told CPS and Mr. Young white blood came out of him.

Now up all this going on Judge Cleveland requested every one have Mental exams and so it was done. CPS wanted Mr. Young to get his Children but Judge Cleveland refused to give him the Children. Thus Mr. & Mrs Ulbrich got the children. Once this happen they took the children out of the country into Germany against orders from Judge Cleveland for her not to leave Palo pinto, County.

Needless to say Mr. Young and Judge Cleveland when to war with each other and that cause Mr. Young to suffer due to he when to the FBI and even to U.S.Senator Kay Bailey Hutchison and inform them that his children had been taken out side the country without pression from the court. Judge Cleveland never tryed to do any thing about the Children being taken.

Judge Cleveland was at a outrage the day he found out the Young Children had been taken out of the country and stay in his office all day and didn't hold court but in all this he and Appellant Mr. Young repeatedly had problems and Young question why the Judge let the Mother have the Children after her, husband had been masturbating off in found of his, daughter Annette C. Young.

The fact that Judge Cleveland was aware of Appellant, Mr. Young's past on going Mental problem from the Post-Traumatic Stress Disorder of the event's that had been on going with his children and him being a disable Vietnam Veteran who suffers from on going (PTSD) and more Traumatic things that happen in his life.

The fact that Judge Cleveland had requested a Mental Health exam of Young should also be quested!

2.

It is clear by the Finings and Conclusions that Judge Cleveland did in fact act up most bias because He knew nothing of what actually when on in Court. First off it is a known fact that the Appellant Mr. Young didn't at any time try to work with his Court Appointed Attorney. In fact Mr. Young tryed to fire him two times!

So for Judge Cleveland to say the Appellant Mr. Young had a factual understanding of the proceedings against him and that he is able to converse with his attorney with a reasonable degree of rational understanding. Was pure nonsense on Judge Cleveland's part be the Appellant Mr, Young never ever tryed to do any thing with his attorney and in fact Appellant Young was having episodes with his (PTSD) and he even had a bad delusional episode which he seen the DA and his parter Mercer like Monkey's who do one another. And they was not human...see exhibit states #7 in Your file. Confirm this in him having this episode which the DA used against him in court.

Due to the fact that Appellant Mr. Young was having major problems with his (PTSD) at court trial the day of his alleged plea of guilty it clearly states a mentally incompetent defendant can not make a guilty plea it is a violation of due process in which prohibits the conviction of a person who is mentally incompetent, see **Biship V United states 350 U.S. 961, 76 S.Ct 440, 100 L.ed 835 (1956) "This constitutional right cannot be waived by the incompetent—by guilty plea or other—wise...."**

The mire fact that the Appellant Mr. Young signed things was due to the pure presure that his Attorney was putting on him and a long with threat's from his attorney that the Judge was going to make him sign things any way. Causing the appellant Mr. Young to have more stress and fueling his already (PTSD) on set problems of this day.

Judge Cleveland didn't have any time to really read all the Trial Records and he was being bias because Mr. Young cause him a lot of problems over things when he was sitting Judge before he retried. Further more not only has Judge Cleveland requested Young to get a mental exam so did another sitting Judge request TDJC-ID to do a mental health evaluation. But little did he know that Young is under on going mental health care already for his (PTSD) and other mental problems.

3.

It should be further noted that if Judge Cleveland would actually check into things he would have found that while Appellant Mr. Young was in the County Jail awaiting the time for trial and pre-hearings of court. He was under Mental Health care for having panic attacks, anxiety attacks. By the County Doctor. He was taking mental health medication. And been rushed to Palo Pinto General hospital a number of time with the above attacks. So once again the Judge Cleveland drop the ball in things just like he did when the Young children was taken out of the country.

Once again it is a violation of due process to convict a mental incometent defendant it is with out any doudt that appellant Mr. Young was mentally incompetent at trial given the fact's of his delusional episode of the things he said about the DA and parter Mercer and Judge..... doing each other like monkeys do meaning they was having sex.

This Honorable Court should have the past finding and conclusions be voild due to a number of reasons which are all in this Motion. And the facts of the Appellant Young is a bona fide person with a longmental history all the way back to his child hood and no his court appointed attorney never did any type of investigation of his client's mental competency and the attorney can not at all prove it by no means due to he has none of the records which Young has had other people reseach and get for him.

Thus this all should be look into for fraud by his attorney and the Judges who has been involid in his case's and trial and writ's of H.C. 11.07

Respectfully submitted
Philip Franklin Young III

## PRAYER

WHEREFORE, PREMEMISES, CONSIDER, Herein, Appellant, Pray's this Honorable Court Judge's will Grant this above Motion.

Respectfully submitted
Philip franklin Young III

4.

## CERTIFICATE OF SERVICE

I, <u>PHILIP FRAKLIN YOUNG III</u>, Appellant, hereby certify under penalty of perjury under the Laws of the United States of American that on September 4, 2015 a Origional and one copy to the below address's of the Motion to Rebuttal, Findings and Conlusions of October 21st, 2011 was mailed U.S. Postage Service prepaid by Appellant.

CLERK OF THE COURT
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, Capitol Appeals
Austin, Texas 78711


David Cleveland, Senior Judge District Court
1002 N W 11th Street
Mineral Wells, Texas 76067-3400


Respectfully Submitted

Philip Franklin Young III
TDCJ-ID #1077687
Clements, Unit
9601 Spur 591
Amarillo, Texas
79107-9606

c/c Young file
    Judge Cleveland

5.